GOVERNOR'S
OFFICE

2018 AUG 21  AM 11: 50

CORRESPONDENCE

RECEIVED
Office of Attorney General

AUG 2 1 2018

Civil Law Division

**Federal District Court**
**Middle District**
**Commonwealth of Pennsylvania**

FILED
HARRISBURG, PA

AUG 2 1 2018

1:18-CV-1654.

Joshua A Monighan
Taxpayer

Vs

Per _____
Deputy Clerk

Tom Wolf Governor
Commonwealth of Pennsylvania

1 of 11

DEPT OF STATE
BUREAU OF CEI

2018 AUG 21 PM 12: 10

RECEIVED

Declaratory and Injunctive relief

Jurisdictional statement title 42 1983 2002 the Right to Free and Fair elections the Process of gathering signatures though normal social conversation effected by the cold and the wet in 2018, Bruce Marks Vs William Stinson  94-1247 94-1248,  On the ballot this year is US Senate and US House seats in the general election.

Marbury vs. Madison 1 Cranch 137163, 2 L.ed 60 1803 (year).  "it is a general and indisputable rule that where there is a legal right, there is also a legal remedy by suit, or actions at law, when ever that right is invaded....it is settled and invariable principle in the laws of England, that ever Right, when withheld must have a remedy, and ever injury is proper redress"

Background

Just as we are granted certain Indefeasible Rights by our creator.  Yet the members of our society who consider them selfs staunch Republican's or Democrat's need yet another history lesson.

ADDRESS EXHIBIT 'B'

//MONJ( TAXPAYER

The first step is the First Amendment, Free speech, Free Assembly and the Right to petition, establishing issues.  The time period of 1785 for the first time America had a chance to sign for or Nominate a President was for George Washington.

How many signers were around (Registered Voters) a this time period? Not Many! elector had to be 21 year male or older and a land owner,  A more inclusive provision Qualified Elector derived from the Commonwealth Constitution was adopted establishing the Wig party by Qualified Electors. Today a Qualified elector includes all races, women and by our measure some one who is 17 but would turn 18 by the first of November.

Special Note: This Discussion about "Qualified Electors" is to Show and attempt by a board of Elections (1790) to engage a Wider range, a broader cross section of "voters" and those who had the Power to Vote. This broad cross section of "voters" and those who had the power to vote comprised a broad range of appeal of fresh Ideas, this process is what keeps our nation free.  Not the decision making of those in Power. We have seen the decision making form those in power as the Governors office who has lead us from freedom today.

Under the Fourth Amendment we have a right to be secure with our papers.  Any nominator is automatically unsecured with papers when the rain drops are overhead. A Weather Man of the day, Author and Publisher Benjamin Franklin once said " a Republic if you can keep it!!"

The nomination petition period is what gave a start to the Governors own party DNC as
well as his main opponent the RNC. Governor Office should be ashamed.

Qualified electors is a term witch pre dates the US Constitution, from the Pennsylvania

Constitution.  Please take some careful though here! Why are the words Qualified

elector are on the third party petition paper with circulator affidavit.

even the Wig party was established by the hand of the Qualified Elector. Third party are

seen as a lessor but is the foundation for all politics making third party and political

bodies formation actually more important then the primary process.

While in this case of the un-established or semi-established third party signature

requirements are twice of that of the two parties, more than double the signatures are

required for the same office.

Due to the extreme cold of 1992 Governor Casey extended the Circulation period for

Democrat and Republican Party by (66 and 2/3 %) 3 week to a full 5 weeks.

In 1992 the main factor was weather.  In 1992 the primary Circulation Period end with

66% increase.

In the 2004 pre primary signature period was extended one full day by Governor Tom

Ridge due to in climate weather event a snow storm Harrisburg to Philadelphia.

In 2018 history making, record setting cold in the month of April going back some 21

years.

This year for the primary circulation period in 2018 the weather was cold and snowy but
a pleading for an extension was not made by the Two Parties. A snow storm as
obviously seen in the case of 2004 by the Governor Office.

In the primary circulation period in 2018 their was an extension due to man made
confusion on the Gerrymandering of the Congressional Districts. Tom Wolf could have
helped the Supreme court to quickly devise a fair map but delayed the process, waving
the responsibility to show and executive example for the betterment of the voter.  Those
new districts also effect the third party candidates this year. The Supreme Court had to
act and those acts have proven merit to the extension. A one week for congress only
made confusion signers in primary were in fact in fact asked to sign twice. Once for
state rep and gov. Then later for Congress* certain congress districts were with out
numbers.

Statements on petitioning for third parties, the process of placing a third party candidate
on the ballot is a constitutional right just as voting is a First amendment Right.  122 days
april 1st till july 31st, under normal circumstances no one would challenge the length of
time as adequate to collect the required signatures However, the Flooding in Hershey
and Knobles Grove Park Nationally recognized by Governor Tom Wolf and the National
media as emergency efforts have been deployed accordingly.

In 2018 the Blank nomination petitions were not available to the public until after the
start of the Circulation Period.  The Blank Petitions were Embedded on the Department

of States Website after March 8th. *  ( issue Reserved for the State Court )

March and April the Supreme court caused confusion form primary extension one week

congress only.

This Year in 2018 Man made disaster 2018 Congressional district with out numbers *

petitioning started.


March 15 till March 31 is usually a start of the Circulation Period*

History making, record setting cold in the month of April going back some 21 years.

<u>Complaint</u>

Normally, it is not a commonsense item to challenge the length of time frame allowed for

the nomination process. However,

Petitions Nomination papers blanks were not available on Department of State Website.

March 2018 Undefined Congressional districts

April 2018, on record with the Weather Service* history making cold going back 21

years.

May and June also the lingering confusion with Pedro Cortes Secretary of State

department resignation in October 2017 plagued the petitioners.

The first half of May was good for petitioners after may 22nd the rain and fog continued

the unsettled weather pattern posed an instantaneous threat of rain at any second and

at any time of the day.

Trump or wolf who do you prefer?  I don't have time to discus this I have an umbrella in

my hand.  The normal challenge to speak was chased away by rain drops.

In to June it became to hot and the sweet drops became a new type of moisture

challenge to the Petition Right (reserved from the matter).  June and July Disastrous.

June, Rain unsettled weather (constant threat of rain or storm watch).

5" above normal rain fall for the period.* ( July )

Mud slides in July did not just happen for the rains in july but the July Rains

compounded the effects central Pennsylvania has experienced resulting form

precipitation.  Rained on every Sunday except july 1st providing some relief form the

hinderance.  July , Rain , 10 day in July in was dry but the entire month was unsettled

resulting in the July 25 statements to Emergency responders by Governor Tom Wolf in

regards to hershey and Knobles Grove Park flooding.

26th disaster by Nationally recognized Wolf

during the july period we would not ask Tom Wolf to put on weightier boots and collect

signatures on a rubber raft and umbrella.

Tom Wolf on July 31 2018 ignored the Petition for redress. The rain assault continues

On August 8th Tom Wolf deploys National Guard Lackawanna river was 5 ft above flood

stage.

On August 9th 2018 Johnithan Marks usurps * the authority of Tom Wolf who alone

with the Governors office and denies request.

August 17th Tom Wolf Pleads for National disaster Relief, Media PA.

Tom Wolf appeals to Federal court for Disaster Relief*.

## Summary of Complaint

1 Weather Played a roll 1992 2004 extensions were made for Democrats and

   Republicans

2. No Extension was made for Third Parties by Tom Wolf even though he was on

   National News. from Muddy Hershey Park on July 25 and 26th 2018.

3. Third circuit court of appeals stated 93' every votes counts

4. Here every voter and Petition signer should also count his or her ideas to give politics

   Petitioners ideas about change should not be restricted or reduced by Rain Drops.

5. The First amendment Right to petition for redress stems from the third party

   petitioning process a vital process in american government freedom and democracy.

circumstantial evidence

The court may necessarily exhaust it ability to research the following 2 points

Misquote cycle interrupted by the frequency of the rain as proof?

Any other States extensions in the USA due to weather of the 8858 search results available in the senate law library?

Any other extensions that were granted in the USA for non weather related reasons? In support Circumstantial evidence.

Trough the reverse angle lens the Voters them self were disenfranchised from the sunday rain fall on May 20, may 27, june 3rd, june 10, june 17, june 24, july 1, july 8, july 15, july 22 and july 29.

We can only speculate as to the reasons the Governors office made for Denial of the petition for executive action made on july 31st 2018*

1. Maybe he does not understand weather he is a part of.

2. Maybe he does not understand the term "Climate Change"

3. Maybe he does not understand that persons and politics are affected by the rain and constant threat of rain.

4. Maybe he does not understand his responsibility he is under the constitution to correct the adverse Effects with executive action.

In any case the Governors office's non concern for civility must be overturned!

## Relief sought

We are asking the court to declare it form april 1st extreme and disastrous weather has inhibited the ability of the third party properly allow for political discourse, and the full exercise of assembly and free speech experienced by 70% of the Voting Public( non primary Voters) vs the 30% who voted in the primary who are satisfied with their candidate to discus to establish ideas and propose a replacement option.

## Declare

confusion, march
extreme cold in April.
May 22 began the intrusion on public discourse
every Sunday it rained June
July Various Emergencies across the state culminating in a torrential conundrum for the Commonwealth of Pennsylvania

## Injunction

We ask the court to extend the circulation period of third party Nomination Papers by 33% of the 122 days 45 days extension compared to the 1992 extension 66% 2/3 granted 3 weeks to 5 weeks. Granting our request would be proportional by 1/3 the percentage of the time compared to the 1992 extension granted.  Were are asking for an extension equivalent to only a portion of the 1992 extension of 2/3.
If were were granted an equivalent size of extension it would 90 days. August September October.  We are not asking for 90 days this year although it would be feasible to do so.

Denial of the injunction extension would clearly be discrimination against 70% of the Population of the Commonwealth. Registered voter and voters who are not registered currently would be effected by the denial.

regardless of the Good determination by the Court the Corn proves rapid growth resulting from the rain as it is taller than the trees. Pay not to plant next year quick.

Exhibits Index

Exhibit

A Marks Vs Stinson

B  Statement denial Jonathan Marks Tuesday aug 9th 2018

C Cortes Resigns

D Wolf Delays

E State Department Fails to embed Nomination Papers on Web site.

F July 25th 2018 Floods

G Knobles Parks Flood Evacuation

H Tom Wolf elections security protocol letter.

I Weather Map Typical weather patter seen.

J ABC New Coverage of Flooding.

K Wolf Seek Federal Aid.

L coldest April in 20 years.

# MARKS v. STINSON

Nos. 94-    Email | Print | Comments (0)
1247, 94-1248.

**View Case**     Cited Cases     Citing Cas[es]

19 F.3d 873 (1994)

*Bruce MARKS; Kathy Steck, on behalf of the Voters of the Second District; Emanuel Lorenzo; Lydia Colon; Lillian Cruz; Diana Irizarry; Ruth Martinez; Zoraida Rodriguez; Yesenia Vasquez; Republican State Committee v. William STINSON; the William Stinson Campaign; Philadelphia County Board of Elections; Margaret M. Tartaglione; John F. Kane; Alexander Z. Talmadge, Jr. and various Doe and Roe Defendants, Senator William*

B

**Commonwealth of Pennsylvania**
**Tow Wolf Gov.**

2018 JUL 31  PM 1:39

CORRESPONDENCE

### Petition for extension

This petition is for an extension of time of the circulation period of third party Nomination Papers.

Historically, of proportional equivalent in 1992, a two week extension for Democrat Party and Republican Party Primary to circulate due to un reasonably cold weather.

In 2018 the weather events leading to the Commonwealth's Weather conditions nationally recognized on July 25th by various news outlets including Blaine Shahan of LNP reported in AP and US News have effected not only the total products of the Leading Third Political Parties but has as well hampered the ability of the public to fully exercise diplomacy thorough expression and the assembly process.

As a result of the weather it is hereby requested a 30 day extension of the circulation period of Nomination Papers allowing time for post circulation review period.

Independent Pennsylvanians
Joshua A Monighan Taxpayer
6363 Basehore Rd
Mechanicsburg PA 17050
1717319 8014
jmonighan@gmail.com

2018 JUL 31  PM 2:02





**Commonwealth of Pennsylvania**
**Department of State**
**Bureau Commissions, Elections and Legislation**
**401 North Street**
**Room 210 North Office Building**
**Harrisburg, PA 17120**

Jonathan M. Marks
Commissioner

Telephone: (717) 787-5280
Fax: (717) 705-0721

August 9, 2018

Joshua A. Monighan
63636 Basehore Road
Mechanicsburg, PA 17050

Dear Mr. Monighan:

Kindly consider this letter a follow-up regarding your petition for an extension of time for the circulation of nomination papers. As was previously communicated to you at the time you delivered the petition to this office and during a subsequent telephone conversation with department counsel, the deadline to file nomination papers remains unchanged and will not be extended. That deadline was August 1, 2018.

Sincerely,

Jonathan Marks
Commissioner
Bureau of Commissions, Elections and Legislation

cc:    Governor's Office
       Office of the Attorney General

( (

*B*

Commonwealth of Pennsylvania
Tom Wolf
Governor

**1 of 2**

### Certificate of Service 8/2/2018

I the undersigned hereby certify I delivered the following documents via us mail.

1) Petition of extension of Time

to the following offices below.

Commonwealth of Pennsylvania
Tom Wolf Governor Office
508 Main Capitol Building
Harrisburg, PA 17120
1717 787 2500

Commonwealth of Pennsylvania
Robert Torres Department of State
302 North Office Building
401 North Street Harrisburg PA 17120

Commonwealth of Pennsylvania
Josh Shapiro Attorney General
16 Floor, Strawberry Square 17120
1717-787-3391

Commonwealth of Pennsylvania
Mike Stack Lt Governor
200 Main Capitol Building
Harrisburg PA 17120
1717 787 3300

Email Only:

Green

Libertarian

Constitution Party

Blaine Shahan of LNP/AP/USNews and World Report.

*B*

Commonwealth of Pennsylvania
Tom Wolf
Governor

Joshua A Monighan Taxpayer
6363 Basehore Rd
Mechanicsburg PA 17050
1717319 8014
jmonighan@gmail.com

Sworn and Subscribed This __2ND__ day of

__August, 2011__      2018 in the Commonwealth of Pennsylvania County of

Cumberland

By _Susan Kirby Rostis_

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Susan Kirby Rostis, Notary Public
Hampden Twp., Cumberland County
My Commission Expires June 21, 2019
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

**RECEIVED**

Commonwealth of Pennsylvania
Tow Wolf Gov.

AUG 0 7 2018

DEPARTMENT OF STATE
EXECUTIVE OFFICE

**Petition for extension**

This petition is for an extension of time of the circulation period of third party Nomination
Papers.

Historically, of proportional equivalent in 1992, a two week extension for Democrat Party
and Republican Party Primary to circulate due to un reasonably cold weather.

In 2018 the weather events leading to the Commonwealth's Weather conditions
nationally recognized on July 25th by various news outlets including Blaine Shahan of
LNP reported in AP and US News have effected not only the total products of the
Leading Third Political Parties but has as well hampered the ability of the public to fully
exercise diplomacy thorough expression and the assembly process.

As a result of the weather it is hereby requested a 30 day extension of the circulation
period of Nomination Papers allowing time for post circulation review period.

RECEIVED
Office of Attorney General

JUL 3 1 2018

Civil Law Division

Independent Pennsylvanians
Joshua A Monighan Taxpayer
6363 Basehore Rd
Mechanicsburg PA 17050
1717319 8014
jmonighan@gmail.com

# News

# Did State Republicans' letter prompt the Cortes departure?

Written by Radio Pennsylvania | Oct 28, 2017 8:33 AM

Comments





**Former Secretary of the Commonwealth Pedro Cortes**

(Harrisburg) -- Speculation continues over the sudden resignation of a top official in the Wolf administration and some Republicans think they may have been the

🔒 cityandstatepa.com

# CITY STATE

🔍  ☰

CARTOGRAPHICAL EVIDENCE

# Wolf debates submitting a redrawn map of his own to PA Supreme Court

*By: JASON GOTTESMAN*

FEB 14, 2018 AT 4:20 PM





s > Running for Office

**MINATION**

**ECTIONS AND
, MARCH 7, 2018**

sentative in Congress. You

istricts have been

tion Calendar apply **ONLY**

**LINKS**

3rd Party Nomination Forms

Congressional Petition Notice

2018 Remedial Congressional Districts

Create Nomination Petition Packet

Candidate Datalbrist

Election Administration Tools

Election Calendar

Request Voter Lists

Special Elections

2018 Important Dates

How to Run for Office



## SIGNATURE REQUIREMENTS

- U.S. Senate - 5,000 signatures
- Governor - 5,000 signatures
- Lt. Governor - 5,000 signatures
- Senator in the General Assembly - view district breakdowns here (PDF)
- Representative in the General Assembly - view district breakdowns here (PDF)

If you have any question, please email ra-elections@pa.gov or call 1-877-868-3772, option 5.

**pennsylvania**
DEPARTMENT OF STATE

**ABOUT DOS**   PRESS ROOM   SOCIAL MEDIA

VISION AND MISSION   HISTORY

SENIOR STAFF

CONTACT US



information here (PDF).

- You must file a copy of you Statement of Financial Interests, if applicable (not required for Federal offices). The form may be located here.
  - The original copy of your Statement of Financial Interests must be filed with the State Ethics Commission on or before the nomination paper filing deadline.
- You must submit with you nomination paper a certified check or money order in the appropriate amount payable to the 'Commonwealth of Pennsylvania' (personal checks cannot be accepted).

**Please note:**

- Papers muster be printed 2-sided on 8 1/2 x 14" paper, head to head
- Paper pages that are not printed 2-sided will not be accepted
- Each paper page must be notarized after signatures are gathered
- Signatures can be gathered only during the nomination paper circulation and filing period
- Signatures that are dated before the first day to circulate or after the last day to circulate will not be counted

## STATEWIDE AND STATE LEVEL OFFICE FOR ELECTION IN 2018

- U.S. Senate
- Governor
- Lt. Governor
- **Representative in Congress
- Senator in the General Assembly
- Representative in the General Assembly

**Please note: 3rd party candidates for Representative in Congress will need at least 1,000 signatures, but they are advised to contact the Bureau of Commissions, Elections and Legislation at 1-877-868-3772, option 5, for updated signature requirements.**

## SIGNATURE REQUIREMENTS

- U.S. Senate - 5,000 signatures



PA.GOV                    BUSINESS & CHARITIES      PROFESSIONAL LI

**pennsylvania**
DEPARTMENT OF STATE

TOM WOLF, GOVERNOR  |  ROBERT TORRES, ACTING SECRETARY

Facebook · Twitter · ·

Pennsylvania Department of State > Voting & Elections > Candidates & Committees > Running fo

### 3RD PARTY NOMINATION PAI

### "THINGS YOU WILL NEED" CHECKLIST

- Please download a copy of the nomination paper filing instructions here (PDF).
- You must file with your nomination paper a completed an notarized Candidate's Affidavit
- You must file nomination paper page(s) with the required number of signatures for the offic information here (PDF).
- You must file a copy of you Statement of Financial Interests, if applicable (not required fo
  - The original copy of your Statement of Financial Interests must be filed with the Sta

'E'

From: Josh Monighan <jmonighan@gmail.com>
Subject: **March 8 th**
Date: August 17, 2018 1:42:31 PM EDT
To: Josh Monighan <jmonighan@gmail.com>
▶ 6 Attachments, 18.0 MB





Sent from my iPhone



http://www.dos.pa.gov/VotingElections/CandidatesCommittee/RunningforOffice/Pages/default.aspx

U.S. Senate

Governor

Lt. Governor

*Representative in Congress

Senator in the General Assembly

Representative in the General Assembly

Democratic State Committee

Republican State Committee

* Nomination petition forms, instructions, circulation dates and deadlines for the office of
Representative in Congress will be posted after a new Congressional Reapportionment Plan is
approved.

**USEFUL LINKS**

Create a personalized nomination petition form packet

View a copy of the nomination petition instructions

Frequently Asked Questions

"Things You Will Need" Checklist

Candidate Q & A

If you have any questions, please email ra-elections@pa.gov or call 717-787-5280.



http://www.dos.pa.gov/VotingElections/CandidatesCommittee/RunningforOffice/Pages/default.aspx

Pennsylvania Department of State > Voting & Elections > Candidates & Committee

IMPORTANT NOTICE REGARDING NO
PETITION FILING

ATTENTION: THE BUREAU OF COMMISSIONS, ELI
LEGISLATION WILL BE CLOSED ON WEDNESDAY
DUE TO INCLEMENT WEATHER.

Nomination petition forms are available online for all candidates including Repre
may click here to create your personalized petition packet.

Please be advised, important updates and 2018 Remedial Congressional D
provided here.

The dates and deadlines for nomination petition filing published in the 2018 Elec
to candidates for the following offices:

- United States Senator
- Governor
- Lieutenant Governor
- Senator in the General Assembly
- Representative in the General Assembly

•••○○ Verizon LTE          9:54 AM
🔒 usnews.com

# Heavy Rain, Flood Waters Prompt Pennsylvania Evacuations

Days of drenching rains are closing roads, sending creeks and streams over their banks and causing businesses and to shut down in central Pennsylvania.

July 25, 2018, at 6:47 p.m.



Fi    🏛 UNIVERSITY OF    **Graduate Programs at UB**         ⊗
      BALTIMORE
to

    



Firefighters from Wrightsville Fire Company use a five ton truck to evacuate residents from homes along flooded Drager Road in Columbia, Pa., Wednesday July 25, 2018. Days of drenching rains are closing roads, sending creeks and streams over their banks and causing businesses and to shut down in central Pennsylvania. (Blaine Shahan/LNP via AP) The Associated Press

## AP

HARRISBURG, Pa. (AP) — Five days of relentless downpours have left central Pennsylvania a soggy mess, closing roads and businesses, sending creeks and streams spilling over their banks and requiring rescues and evacuations.

Firefighters helped people escape their flooded neighborhood near Hershey on Wednesday

Top 2018 Luxury SUVs

🔍 🔒 days when knobles grove was closed ↻

Free-Admission Amusement Park in ...
Knoebels › TodayAtK

... 10:00 PM. Alamo Restaurant Hours: 11:00 AM -
8:00 PM ... Ride All Day 11:00 AM - 10:00 PM ... Bar
is open one hour after kitchen closes.

**VIDEOS**

ABC27.com                    CBS Philly





Previous Knoebels closes          Knoebels Clo
again as park floods              Due To Flood
                                  Shows Park U

Jul 25, 2018                      Jul 25, 2018

**PEOPLE ALSO ASK**

    

Case 1:18-cv-01656-EJEJ-KM Document 1 Filed 08/21/18 Page 27 of 32
●●●○○ Verizon LTE    9:49 AM
🔒 governor.pa.gov



COMMONWEALTH OF PENNSYLVANIA
OFFICE OF THE GOVERNOR

July 30, 2018

The Honorable Patrick Toomey
248 Russell Senate Office Building
Washington , DC 20510

Dear Senator Toomey:

In March of this year, Congress took an important initial step to help states secure their elections and replace their outdated voting systems by allocating $380 million in Help America Vote Act (HAVA) funds through the Consolidated Appropriations Act of 2018. That appropriation resulted in $13.5 million for Pennsylvania, which has already been earmarked for new voting systems, but that is only a fraction of what is needed.

In February, the PA Department of State issued a directive to all counties in the state that any newly purchased voting equipment must have a voter-verifiable paper record. Recognizing that new voting equipment is expensive, cost-sharing between federal, state, and local governments is necessary. I commend Congress for passing the initial $380 million in HAVA funds for states, but it should not be a one-time occurrence. Additional funding is required to safeguard the integrity our elections.

Citizens should and must be confident that our elections are secure and fair. Congress has a responsibility to ensure that states have the resources to guarantee our voting infrastructure is protected from external threats. That is why I am calling on Congress to once again appropriate $380 million to the Election Assistance Commission (EAC) for grants to states for Fiscal Year 19. This funding is vital to helping states and our county partners plan and prepare for the significant costs required to replace old voting systems.

Congress should allocate additional funding to the states to protect the confidence and integrity of a foundation of our democracy – elections. This is a significant opportunity for all levels of government, federal, state and local, to work together to support our nation and its voting infrastructure.

Sincerely,

Tom Wolf
Governor





## Pa. counties remain under flood watch, some are under warnings

1 day ago

## Heavy rain pr
flood emerge
Pennsylvania

1 day ago

**VIDEOS**

ABC News

ABC News



3:31



0:33

## Major flooding across Pennsylvania Video

21 hours ago

## Video: Campe
away in Penns
flooding

12 hours ago

## Heavy rain prompts flash flood emergencies in Pennsylvania and New Jersey - CBS ...

◉ CBS News › news › heavy-rains-...

🔒 governor.pa.gov


MENU

# GOVERNOR TOM WOLF


SEARCH

# After Touring Damage, Governor Wolf Declares Recent Flooding a Disaster, Will Seek Federal Aid

## August 17, 2018

**PRESS RELEASE, WEATHER SAFETY**

Harrisburg, PA – Today, Governor Tom Wolf signed a proclamation of disaster emergency for the commonwealth in response to a series of severe rain storms over the past week that caused flash flooding and ensuing damage to homes and businesses throughout much of north and central portions of the state. Governor Wolf has personally toured



# GOVERNOR TOM WOLF



SEARCH

**Harrisburg, PA** – As several counties in Pennsylvania continue to address the effects of heavy rains this week, Governor Tom Wolf thanked emergency personnel and first responders for serving their community. Severe rain storms that moved across Pennsylvania on Sunday and Monday caused multiple flash floods, evacuations, water rescues and road closures.

"Our state and local emergency responders are continuing to coordinate to help those impacted by flash flooding from this latest round of storms," said Governor Wolf. "On behalf of all Pennsylvanians, I thank them for their dedication to serving their communities and our state as we deal with the effects of severe rain."

At Governor Wolf's request, representatives of his administration,

●●●○○ Verizon LTE          4:55 PM

🔒 google.com          ⟳

usatoday.com          🔗   ⋮



  

# Spring shiver: Last month was USA's coldest April in more than 20 years

**DOYLE RICE** | USA TODAY | 1:19 pm EDT May 8, 2018

