Federal District Court
Middle District
Commonwealth of Pennsylvania

1:18-CV-1654

1 of 2

Certificate of Service 8/21/2018

I the undersigned hereby certify I delivered the following documents via Personal service and us mail.

1) Petition for redress for Decelerator and Injunctive relief.
2) Exhibits (A-L)

to the following offices below.

Commonwealth of Pennsylvania
Tom Wolf Governor Office
508 Main Capitol Building
Harrisburg, PA 17120
1717 787 2500

Commonwealth of Pennsylvania   Adam Yates
Robert Torres/ Jonathan Marks Department of State, Ian B. Everhart
302 North Office Building
401 North Street Harrisburg PA 17120

Commonwealth of Pennsylvania
Josh Shapiro Attorney General
16 Floor, Strawberry Square 17120
1717-787-3391

~~Commonwealth of Pennsylvania~~
~~Mike Stack Lt Governor~~
~~200 Main Capitol Building~~
~~Harrisburg PA 17120~~
~~1717 787 3300~~

Peter J Welsh Acting Clerk of Courts
Ronald Reagan Federal Building
US Court House
228 Walnut Street
Harrisburg PA 17101
US Clerk personal Service

Federal District Court
Middle District
Commonwealth of Pennsylvania

2 of 2

Certificate of Service 8-21-2018

Email Only:

Green

Libertarian

Constitution Party

Blaine Shahan of LNP/AP/USNews and World Report.

Joshua A Monighan Taxpayer
6363 Basehore Rd
Mechanicsburg PA 17050
1717319 8014
jmonighan@gmail.com

_____
Sworn and Subscribed This 21st day of

August_____ 2018 in the Commonwealth of Pennsylvania County of

~~Cumberland~~
Dauphin

By _____

Commonwealth of Pennsylvania
Notarial Seal
YVETTE C ROSS – Notary Public
CITY OF HARRISBURG, DAUPHIN COUNTY
My Commission Expires Jul 12, 2021