Federal District Court
Middle District
Commonwealth of Pennsylvania

Joshua A Monighan Taxpayer )
Independent Pennsylvanians )
)
Vs )
) 1/8-CV-1654
Tom Wolf Governor / CASE #
Commonwealth of Pennsylvania

Order

And Now it is Ordered the Circulation Period for Third Party Nomination Papers in the

Commonwealth of Pennsylvania is hereby extended _____days being until

_____ day of_____,2018.

J._____

Federal District Court
Middle District
Commonwealth of Pennsylvania

Joshua A Monighan Taxpayer  )
Independent Pennsylvanians  )
                            )
Vs                          )
                            )   1:18. CV 1654
Tom Wolf Governor           )   CASE #
Commonwealth of Pennsylvania)

Order

It is hereby declared the following conditions effected the voting public of the commonwealth of Pennsylvania by interference in the circulation period for Nomination Papers in the year 2018.

April going back 21 years extreme cold Weather

May 50/50 rating

May 22 dull monsoon fog until august 1st dead line.

Mid July sustained monsoon Broad based Flooding.

J. _____