# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA A. MONIGHAN | : | |
| **Plaintiff** | : | |
| | : | No. 1:18-CV-1654 |
| v. | : | |
| | : | Judge Jones |
| **TOM WOLF GOVERNOR** | : | |
| **COMMONWEALTH OF PA** | : | Electronically Filed Document |
| | : | |
| | : | *Complaint Filed 08/21/18* |
| | : | |
| **Defendants** | : | |

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of Defendant, Governor Tom Wolf.

                                                         **Respectfully submitted,**

                                                         **JOSH SHAPIRO**
                                                         **Attorney General**

                                  **By:**   *s/ Keli M. Neary*
                                                         **KELI M. NEARY**

**Office of Attorney General**            **Chief Deputy Attorney General**
**15th Floor, Strawberry Square**     **Civil Law Division, Litigation Section**
**Harrisburg, PA 17120**                   **Attorney ID 205178**
**Phone: (717) 787-1180**

[kneary@attorneygeneral.gov](mailto:kneary@attorneygeneral.gov)

**Date:  September 11, 2018**

                                                             **Counsel for Defendant**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA A. MONIGHAN : | |
| **Plaintiff** : | |
| : | No. 1:18-CV-1654 |
| v.   : | |
| : | Judge Jones |
| **TOM WOLF GOVERNOR** : | |
| **COMMONWEALTH OF PA** : | Electronically Filed Document |
| : | |
| : | *Complaint Filed 08/21/18* |
| : | |
| **Defendants** : | |

## CERTIFICATE OF SERVICE

I, Keli M. Neary, Chief Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on September 11, 2018, I caused to be served a true and correct copy of the foregoing document titled Entry of Appearance to the following:

**VIA U.S. MAIL**

**Joshua A. Monighan**
**6363 Basehore Road**
**Mechanicsburg, PA 17050**
*Pro Se*

                                        *s/ Keli M. Neary*
                                        **KELI M. NEARY**
                                        Chief Deputy Attorney General