IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA A. MONIGHAN | : | |
| **Plaintiff** | : | |
| | : | No. 1:18-CV-1654 |
| v. | : | |
| | : | Judge Jones |
| **TOM WOLF GOVERNOR** | : | |
| **COMMONWEALTH OF PA** | : | Electronically Filed Document |
| | : | |
| | : | *Complaint Filed 08/21/18* |
| | : | |
| **Defendants** | : | |

## DEFENDANT WOLF'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Wolf, by and through his undersigned attorneys, hereby files this Motion to Dismiss the Complaint filed by the Plaintiff in the above-captioned action. In accordance with Local Rule 7.5, Defendant Wolf will file a Brief in Support of his Motion to Dismiss within fourteen (14) days of the filing of this Motion to Dismiss, setting forth the reasons supporting this Motion to Dismiss. A proposed Order has been filed herewith.

**WHEREFORE**, for the reasons set forth in Defendant Wolf's forthcoming Brief in Support of his Motion to Dismiss, Defendant Wolf respectfully requests that this Honorable Court grant his Motion to Dismiss, and dismiss the Plaintiff's Complaint, with prejudice.

           **Respectfully submitted,**

           **JOSH SHAPIRO**
           **Attorney General**

       **By:** *s/ Keli M. Neary*
           **KELI M. NEARY**

**Office of Attorney General**    **Chief Deputy Attorney General**
**15th Floor, Strawberry Square**  **Civil Law Division, Litigation Section**
**Harrisburg, PA 17120**     **Attorney ID 205178**
**Phone: (717) 787-1180**

[kneary@attorneygeneral.gov](mailto:kneary@attorneygeneral.gov)

**Date:  September 11, 2018**

           **Counsel for Defendant**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSHUA A. MONIGHAN** | : | |
| Plaintiff | : | |
| | : | No. 1:18-CV-1654 |
| v. | : | |
| | : | Judge Jones |
| **TOM WOLF GOVERNOR** | : | |
| **COMMONWEALTH OF PA** | : | Electronically Filed Document |
| | : | |
| | : | *Complaint Filed 08/21/18* |
| | : | |
| Defendants | : | |

## CERTIFICATE OF SERVICE

I, Keli M. Neary, Chief Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on September 11, 2018, I caused to be served a true and correct copy of the foregoing document titled Motion to Dismiss to the following:

**VIA U.S. MAIL**

**Joshua A. Moniighan**
**6363 Basehore Road**
**Mechanicsburg, PA 17050**
*Pro Se*

                                *s/ Keli M. Neary*
                                **KELI M. NEARY**
                                Chief Deputy Attorney General