# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA A. MONIGHAN | : | |
| **Plaintiff** | : | |
| | : | No. 1:18-CV-1654 |
| v. | : | |
| | : | Judge Jones |
| **TOM WOLF GOVERNOR** | : | |
| **COMMONWEALTH OF PA** | : | Electronically Filed Document |
| | : | |
| | : | *Complaint Filed 08/21/18* |
| | : | |
| **Defendants** | : | |

# ORDER

AND NOW, this _____ day of _____, 201__, upon consideration of Defendant's Motion to Dismiss, it is hereby ordered that the motion is GRANTED. Plaintiff's Complaint is dismissed against Defendant Wolf, with prejudice.

By the Court:

_____
**John E. Jones, III**
**United States District Judge**