# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA A. MONIGHAN | : |
| **Plaintiff** | : |
| | : No. 1:18-CV-1654 |
| v. | : |
| | : Judge Jones |
| **TOM WOLF GOVERNOR** | : |
| **COMMONWEALTH OF PA** | : Electronically Filed Document |
| | : |
| | : *Complaint Filed 08/21/8* |
| | : |
| **Defendants** | : |

## CERTIFICATE OF NON-CONCURRENCE

I, Keli M. Neary, Chief Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that I attempted to contact Plaintiff but did not receive a response before filing this motion. Therefore, it is assumed that he does not concur in this Motion to Dismiss. If a different response is received from Plaintiff, an updated certificate will be filed.

*s/ Keli M. Neary*
**KELI M. NEARY**
**Chief Deputy Attorney General**