FILED
HARRISBURG, PA
SEP 12 2018
PER DW
DEPUTY CLERK

Federal District Court
Middle District
Commonwealth of Pennsylvania

| | | |
|---|---|---|
| Joshua A Monighan | ) | |
| | ) | |
| Vs | ) | Case No. 1:18-01654 |
| | ) | |
| Tom Wolf | ) | |

Motion for Summary Judgment 12th, 2018

No 1. As of September eleventh no appearance form has been show by the Governors Office. The Governors Office and the Department of States office has not placed an Attorney on Record to the Grievance. Indigence is unusual for the Federal Court as a result the defendant, the Petitioner must move for Summary Judgement to prevent delay to the commonwealth courts ability to decide local matters.

No 2. Normal response period is 10 days for election matters in the Commonwealth. Generally in the Commonwealth of Pennsylvania elections matters are of top priority and of very serious nature, Qualified Elector issues of this nature are expedited Quickly and not typically Ignored by Commonwealth Administrators.

We have now seen a full twenty (21) days of deflection pass with out an appearance or a response or answer from the Governors office or department of state, any time with in 20 days for the filing would be considered timely.

No. 3 The 45 days extension will take us in to near the end of the Month of October.

No. 4 Postponement of the General Election in the Commonwealth may be required to remedy the Grievance If the Governor fails to respond or fails to timely respond to the court. Attorney General and Commonwealth court have not provided an attorney of record form.

*/s/ signature*

Federal District Court
Middle District
Commonwealth of Pennsylvania

Joshua A Monighan          )
                           )
Vs                         )        Case No. 1:18-01654
                           )
                           )
Tom Wolf                   )

1 of 2

Certificate of Service 9/12/2018

I the undersigned hereby certify I delivered the following documents via Personal service and us mail.

1) Motion for Summary Judgment

2) Affidavit of no appearance

3) Affidavit of no Answer

to the following offices below.

Commonwealth of Pennsylvania  Time Stamp
Tom Wolf Governor Office
508 Main Capitol Building
Harrisburg, PA 17120
1717 787 2500

Commonwealth of Pennsylvania
Robert Torres/ Jonathan Marks Department of State/Ian Everheart
302 North Office Building           Left w/ Receptionist 1:05
401 North Street Harrisburg PA 17120

Commonwealth of Pennsylvania   Demanded. To leave in Box
Josh Shapiro Attorney General
16 Floor, Strawberry Square 17120
1717-787-3391

Commonwealth Court of Pennsylvania   Left w/ Receptionist
Michael F. Krimmel Chief Clerk        Information:
601 Commonwealth Ave
Harrisburg PA 17120

Federal District Court
Middle District
Commonwealth of Pennsylvania

| | | |
|---|---|---|
| Joshua A Monighan | ) | |
| | ) | |
| Vs | ) | Case No. 1:18-01654 |
| | ) | |
| Tom Wolf | ) | |

2 of 2

Certificate of Service 9-12-2018

Peter J Welsh Acting Clerk of Courts
Ronald Reagan Federal Building
US Court House
228 Walnut Street
Harrisburg PA 17101
US Clerk personal Service

Joshua A Monighan Taxpayer
6363 Basehore Rd
Mechanicsburg PA 17050
1717319 8014
jmonighan@gmail.com

Sworn and Subscribed This _12_ day of

_September_ 2018 in the Commonwealth of Pennsylvania County of

Cumberland

By _____

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Jarod A. Buck, Notary Public
Upper Allen Twp., Cumberland County
My Commission Expires Oct. 24, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES