Federal District Court
Middle District
Commonwealth of Pennsylvania

| | | |
|---|---|---|
| Joshua A Monighan | ) | |
| | ) | |
| Vs | ) | Case No. 1:18-01654 |
| | ) | |
| Tom Wolf | ) | |

Affidavit no appearance form

Before me, the undersigned notary public, this day, personally appeared Joshua A Monighan, to me known, who being duly sworn according to law, deposes the following:

I hereby affirm as of September 11 2018 in relation to Caption, I have checked my mail box, I have not received any correspondence that would show an attorney of record. or an entry of appearance form form any attorney representing Tom Wolf in this case.

Joshua A Monighan Taxpayer
6363 Basehore Rd
Mechanicsburg PA 17050
1717319 8014
jmonighan@gmail.com

_____

Sworn and Subscribed This _12_ day of

_September_ 2018 in the Commonwealth of Pennsylvania County of Cumberland

By _____