Federal District Court
Middle District
Commonwealth of Pennsylvania

Joshua A Monighan      )
                       )
Vs                     )        Case No. 1:18-01654
                       )
Tom Wolf               )

Affidavit of no answer

Before me, the undersigned notary public, this day, personally appeared Joshua A Monighan, to me known, who being duly sworn according to law, deposes the following:

I hereby affirm as of September 11 2018 in relation to Caption, I have checked my mail box, I have not received any correspondence that would show any reply, response or accommodation's form Tom Wolf in this case.

Joshua A Monighan Taxpayer
6363 Basehore Rd
Mechanicsburg PA 17050
1717319 8014
jmonighan@gmail.com

_____

Sworn and Subscribed This __12__ day of

__September__ 2018 in the Commonwealth of Pennsylvania County of

Cumberland

By _____

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Jarod A. Buck, Notary Public
Upper Allen Twp., Cumberland County
My Commission Expires Oct. 24, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES