FILED
HARRISBURG, PA
OCT 05 2018
PER [signature]
DEPUTY CLERK

In the United States District Court
for the Middle district of Pennsylvania

Joshua A Monighan Taxpayer,           :
                                      :    No. 1:18-cv-1654
            Plaintiff                 :
                                      :
v                                     :    Judge Jones
                                      :
Tom Wolf Governor                     :
Commonwealth of Pennsylvania          :
                                      :
            Defendant                 :

### Motion for Statement on State of Comprehension of Petition

I hereby make a motion for a Statement by the Judge on the comprehensibility of the principal Petition for Extension filed by the Plaintiff July 31st resulting in this case. The statement and arguments by consumer ageny Keli Neary's makes allegations in this case suggesting "pg 4 last line " Other wise unintelligible" raise the question. Counsel claims the Petition was incomprehensible by Tom Wolf's Office buy fails to provide any sworn statement by either the Department Of State or any Authority under the Defendant to support counselors interference.

If, KN poisson statement on dismissal is not Hyperbole than, the Petition would also be uninterpretable by Judge Jones as well.

Necessarily pending motion to Strike Motion to dismiss.

Joshua A Monighan Taxpayer        // [signature] Taxpayer

# In the United States District Court
# for the Middle district of Pennsylvania

Joshua A Monighan Taxpayer,

        Plaintiff

v

Tom Wolf Governor
Commonwealth of Pennsylvania

        Defendant

No. 1:18-cv-1654

Judge Jones

### Certificate of non concurrence

I contacted the Governors office with opportunity of concurrence and they to this point decline to concur.

Joshua A Monighan Taxpayer.