FILED
HARRISBURG, PA
OCT 05 2018
PER ⟨signature⟩
DEPUTY CLERK

# In the United States District Court
# for the Middle district of Pennsylvania

| | |
|---|---|
| Joshua A Monighan Taxpayer, | No. 1:18-cv-1654 |
| Plaintiff | |
| v | Judge Jones |
| Tom Wolf Governor<br>Commonwealth of Pennsylvania | |
| | 1 of 3 |
| Defendant | |

Reply to Brief in support of Motion to dismiss by Tom Wolf.

Page 2 line On August 21st Objection, history has been shortened, in fact the Governors Office under Tom Wolf was Petitioned on July 31st for an extension of the nomination period due to cause and effect of weather on the period.

Page 3 Questions presented

"Claim" Objection, the petition makes no monetary claim.

page 3 " Argument"

" Claim" Objection, the petitioner has not made monetary claim. has not shown

" Averment" Objection, the Petition for extension was sufficient to make denial by Jonathan Marks.

page 3 line 2 "a" Objection KN Errors, In fact the petition if for all third party petitioners.

page 3 line 6 " facts" Objection the facts are clear it was raining cats and dogs during the most critical parts of the nomination period.

page 3 line 7 " Libel" Objection, the defendant is the Governor's Office. Libel not been have not been stated in the petition . Tom Wolf is the Governor.

page 4 line 13 " Claim" Objection the issue the "extension" has been shown failure of the relief possible, stated the Office has failed to respond.

page 4 line 14 " pleader" the office is unable to show in any way the pleader is not a Qualified elector as in the complaint.

page 4 line 20 " unintelligible " objection unsworn statement. Keli Neary offers no evidence or testimony to support the interperitalbility by the Governors office.

page 5 line 3, " This is such a case" Objection KN makes conclusion.

page 5 line 4, " Opportunity " Objection KN refused to recognize Tom Ridges ability to decipher a problem invasive to a fair election process in 2004 within 26 hours and make and implement a decision. The Governors office had opportunity of 10 days to respond fairly. Counsel conflicts the record is the case. No conflicts in law.

Pg 5 line 14 " relating" Objection, the complaint relates to the Petition and the First amendment right to its practice to do so sited by KN.

Page 6 line 1 " Governor " Objection, the Petition makes no monetary claim, the Office was petitioned for redress but failed to provide relief within it's power and control.

Page 6 line 6 " Claims" Objection, the Petitioner makes no monetary claims, but did provide a sequence of events numerical in themselves for which declaratory and injunctive relief if warranted.

Office of the Governor is not Libel, The Office is responsible for action or declaratory relief would have been acceptable or responsive.

The Office of Governors office has not received a Claim.

Our complaint is in the Office of Tom Wolf's custody by cause and effect of the weather.

    Conclusion about the reply brief

The Brief offers no Genuine reasons in support of a dismissial. It is an attempted to provide confusing legal analysis homogenizing several inadvertent fact of libel, claims and interpretation of understanding as plausible reason for a dismissal of the complaint. Libel are not grounds made in the complaint nor are claims made for monetary compensation. Declaration or injunction relief sought is in the complaint. The Office in default after abridgment of 1st and 4th amended where relief or declaration could have been made with in 10 days.

Joshua A Monighan Taxpayer

# In the United States District Court
# for the Middle district of Pennsylvania

Joshua A Monighan Taxpayer,

                Plaintiff

No. 1:18-cv-1654

v

Judge Jones

Tom Wolf Governor
Commonwealth of Pennsylvania

                Defendant

## Certificate of Service

Before me caused to be sworn by the following depose to me by

Joshua A Monighan plaintiff for relief hereby certify that on October 5th 2018. He

cause to be served s true and correct copy of the forgoing documents titled;

1) Brief in support of Plaintiffs Joshua A Monighan's Motion for Summary Judgment

2) Reply to Brief in support of defendant governor Tom Wolf's motion to dismiss

Commonwealth of Pennsylvania
Tom Wolf Governor Office
508 Main Capitol Building
Harrisburg, PA 17120
1717 787 2500

Commonwealth of Pennsylvania
Robert Torres secretary of state
302 North Office Building
401 North Street Harrisburg PA 17120

Commonwealth of Pennsylvania
Josh Shapiro Attorney General
16 Floor, Strawberry Square 17120
1717-787-3391

Page 2

Commonwealth Court of Pennsylvania
Michael F. Krimmel Chief Clerk
601 Commonwealth Ave
Harrisburg PA 17120


Peter J Welsh Acting Clerk of Courts
Ronald Reagan Federal Building
US Court House
228 Walnut Street
Harrisburg PA 17101
US Clerk personal Service


Joshua A Monighan Taxpayer
6363 Basehore Rd
Mechanicsburg PA 17050
1717319 8014
jmonighan@gmail.com


_____/s/_____

Sworn and Subscribed This __5__ day of

__October__ 2018 in the Commonwealth of Pennsylvania County of

Cumberland

By _____/s/_____
Haley Elizabeth Vannostrand

Commonwealth of Pennsylvania – Notary Seal
HALEY ELIZABETH VANNOSTRAND – Notary Public
Cumberland County
My Commission Expires Feb 1, 2022
Commission Number 1324372