## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA A. MONIGHAN,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>GOVERNOR TOM WOLF,<br><br>　　　　　Defendant | CIVIL ACTION NO. 1:18-CV-1654<br><br>(JONES, J.)<br>(MEHALCHICK, M.J.) |

### **ORDER**

　　This is a *pro se* civil rights action, initiate by the filing of a complaint in this matter on August 21, 2018. (Doc. 1). Now pending before the Court is Plaintiff's motion for Statement on State of Comprehension of Petition, filed on October 5, 2018. (Doc. 11) and Plaintiff's Motion to Strike (Doc. 15). Plaintiff has not filed briefs in support of the motions. Local Rule 7.5 states, in pertinent part, that "[w]ithin fourteen (14) days after the filing of any motion, the party filing the motion shall file a brief in support of the motion….If a supporting brief is not filed within the time provided in this rule the motion shall be deemed to be withdraw." Without briefs in support of Plaintiff's motions, the Court has insufficient information to determine whether it is appropriate to stay these proceedings at this time.

　　For the foregoing reasons, and in accordance with Local Rule 7.5, Plaintiff's motion for Statement on State of Comprehension of Petition and Motion to Strike are deemed **WITHDRAWN**.

Dated: December 18, 2018　　　　　　　　　　　　　*s/ Karoline Mehalchick*
　　　　　　　　　　　　　　　　　　　　　　　　**KAROLINE MEHALCHICK**
　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**